**FILED**

SEP 0 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY L. CAESAR,<br><br>    Plaintiff,<br><br>vs.<br><br>VETERAN'S AFFAIRS, et al.,<br><br>    Defendants. | No. C 11-02032 EJD (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a California inmate at the Corcoran State Prison, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP"), which was denied because Plaintiff failed to show an adequate level of poverty. (See Docket No. 5.) Plaintiff was directed to pay the $350.00 filing fee within thirty days of the court order denying leave to proceed IFP, or face dismissal of this action for failure to pay the filing fee. (Id.) The deadline has since passed, and Plaintiff has failed to pay the full filing fee.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: 9/7/11

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.11\02032Caesar_dism-fee.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANNY LEE CAESAR,

    Plaintiff,

v.

VETERAN'S AFFAIRS, et al.,

    Defendants.

Case Number: CV11-02032 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/08/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny L. Caesar D-07644
P. O. Box 3476
Corcoran, CA 93212

Dated: _____9/08/11_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk