**FILED**

SEP 0 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY L. CAESAR, | ) | No. C 11-02032 EJD (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| VETERAN'S AFFAIRS, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: ___9/7/11___

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.11\02032Caesar_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANNY LEE CAESAR,

        Plaintiff,

  v.

VETERAN'S AFFAIRS, et al.,

        Defendants.

Case Number: CV11-02032 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/08/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny L. Caesar D-07644
P. O. Box 3476
Corcoran, CA 93212

Dated: _____9/08/11_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk